# Third District Court of Appeal
## State of Florida

Opinion filed October 26, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-439
Lower Tribunal No. 16-32849
_____

**Angel LaBean, et al.,**
Appellants,

vs.

**U.S. Bank N.A., etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale Beach), for appellants.

McCalla Raymer Liebert Pierce, LLC, and Charles P. Gufford (Orlando), for appellee.

Before EMAS, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.